IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

R.W. GODFREY
ADC #169038                                                                                    PLAINTIFF

V.                              CASE NO. 4:18-CV-85-JM-BD

DOUG WOOD, *et al.*                                                                        DEFENDANTS

### ORDER

Plaintiff R.W. Godfrey, an inmate at the Ouachita County Detention Center ("Detention Center"), filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mr. Godfrey's claims arose while he was housed at Ouachita County Jail, in Camden, Arkansas, which lies in the Western District of Arkansas. (#1, #7)

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, El Dorado Division, United States Courthouse, 101 South Jackson Avenue, Room 205, El Dorado, Arkansas 71730.

IT IS SO ORDERED, this 5th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE